IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MICHAEL SNELLING, )
)
    Plaintiff, )
)
v. ) CV 319-060
)
JOHNSON STATE PRISON; LT. )
COMMING; CPT. DOUGLEY; WARDEN )
WATSON; and OFFICER GIBBS, )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 22 day of October, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE