# United States District Court
## Southern District of Georgia

MICHAEL SNELLING,

    Plaintiff,

v.

JOHNSON STATE PRISON; LT. COMMING; CPT. DOUGLEY; WARDEN WATSON; and OFFICER GIBBS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 319-060

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 22, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's amended complaint is hereby dismissed for failure to state a claim upon which relief may be granted. This case stands closed.



10/22/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*